**TRUMP RUFFIN COMMERCIAL, LLC, Petitioner**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent**

No. 16-1386

September Term, 2016

United States Court of Appeals, District of Columbia Circuit.

Filed: 12/29/2016

**NLRB-28CA181475**

Matthew J. Cute, Assistant General Counsel, The Trump Organization, Rancho Palos Verdes, CA, for Petitioner.

Linda Dreeben, Deputy Associate General Counsel, National Labor Relations Board (NLRB), Appellate and Supreme Court Litigation Branch, Washington, DC, for Respondent.

Eric Briner Myers, Esquire, Davis, Cowell & Bowe, LLP, San Francisco, CA, for Movants–Intervenors for Respondent.

## ORDER

Upon consideration of petitioner's unopposed motion for voluntary dismissal of the petition for review, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith.

**AMERIJET INTERNATIONAL, INC., Petitioner**

v.

**United States DEPARTMENT OF HOMELAND SECURITY, et al., Respondents**

No. 14-1087

September Term, 2016

United States Court of Appeals, District of Columbia Circuit.

Filed: 12/29/2016

**TSA-SD 1544-11-04B**

Joan Marie Canny, Esquire, Amerijet International, Inc., Fort Lauderdale, FL, for Petitioner.

Jeffrey Eric Sandberg, Attorney, Sharon Swingle, U.S. Department of Justice (DOJ), Civil Division, Appellate Staff, Washington, DC, for Respondents.

## ORDER

Upon consideration of the stipulation of voluntary dismissal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.